[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-11479
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 19, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-04820-CV-JFG-E
BKCY. No. 05-44442-JJR-13

IN RE: PHILLIP A. TALLEY,

                                                                Debtor.
_____

PHILLIP A. TALLEY,

                                                                Plaintiff-Appellant,

                                        versus

CITY OF MOODY, AL,

                                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

**(December 19, 2007)**

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Phillip A. Talley appeals the district court's grant of summary judgment in favor of the City of Moody, Alabama, in a bankruptcy adversary proceeding. Talley alleges the City violated his bankruptcy stay by forcing him to pay a traffic fine after his bankruptcy petition was filed. The bankruptcy court concluded the traffic fine was a continuation of criminal proceedings permitted by 11 U.S.C. § 362(b)(1). The district court affirmed. After review of the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned opinion of February 28, 2007.

**AFFIRMED.**